UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA
200 NW 4TH STREET, OKLAHOMA CITY, OK 73102

STATUS/SCHEDULING CONFERENCE DOCKET BEFORE JUDGE DAVID L. RUSSELL
TUESDAY, AUGUST 4TH, 2026

**NOTICE TO ALL COUNSEL**: The Joint Status/Scheduling Report and Discovery Plan (one document) to be filed no **later than Monday, July 27th, 2026.**

The Status/Scheduling Conference will be conducted via conference call. Participation in this conference call by at least one attorney of record for each party is mandatory. Failure to appear may result in sanctions.

To participate in the conference call, dial **1-855-244-8681**.  When prompted, enter the access code **2318 773 0374 #.**

**9:00 a.m.**

CIV-25-740-R    Melissa Dawn Barnett                         Eric N. Edwards

                -v-

                Bryan L. Billings Esq,                       Derek Cowan
                                                             Ryan L. Dean


**9:15 a.m.**

CIV-25-1223-R  SSM Health Care of Oklahoma Inc.             Daniel G. Webber Jr.
                                                             Devin C. Frost
                                                             Patrick R. Pearce Jr.
                -v-                                          Phillip G. Whaley

                Community Health Services Inc., and          James G. Munisteri
                CHSPSC, LLC                                   Kellie Maguiness
                                                             Thomas A. Leonard
                                                             Fred Albert Leibrock


**9:30 a.m.**

CIV-25-1393-R  Progressive Direct Insurance Company; and   Blake T. Burns
                Allstate Fire and Casualty Insurance Company Brad L. Roberson
                                                             Bradley E. Bowlby
                -v-

                Tyler Shelley, Ryan Bisher Ryan & Simons,    Riley M. Bisher
                And Oklahoma Healthcare Authority            Michael Williams
                                                             Ryan E. Gillett

**9:45 a.m.**
CIV-26-1072-R  Randall Scott Lane

Jessica L. Dark
William Nester

-v-

University of Central Oklahoma

Anthony J. Reding
Tracy E. Neel

**10:00 a.m.**
CIV-26-1072-R  Lura Masters

Matthew Scott Saint

-v-

American Southern Home Insurance Company  Phil R. Richards

**10:15 a.m.**
CIV-26-1437-R  Kenneth Narvaiz

Andrew M. Van Paasschen
Kevin H. Cunningham
Nathan D. Richter

-v-

Progressive Northern Insurance Company,
And Preston Lee

Hunter K. Bailey
Kelsie M. Sullivan
Barbara M. Moschovidis
Nathaniel G. Parrilli
Ryan Christopher Alley